John Benkart & Sons Company et al., Appellants,
*v.* Pennsylvania Public Utility Commission.

Submitted April 12, 1966. *Jerome Solomon, Stephen E.*

*Jones,* and *Jones, Benson & Dwyer,* for protestants, appellants; *William A. Goichman,* Assistant Counsel, and *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission; and *Robert B. McCullough,* and *Curtze, Gent & McCullough,* for applicant, intervenor.

Order affirmed.